UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW GUIDRY, DO, LtCol,
USA (ret),

    Plaintiff,

v.                        Case No.:  2:21-cv-769-SPC-NPM

CENTERS FOR MEDICARE AND
MEDICAID SERVICES,

    Defendant.
_____/

## ORDER[1]

Before the Court is Defendant Centers for Medicare and Medicaid Services' Motion to Set Aside Default. (Doc. 17).  For good cause shown, and because pro se Plaintiff Dr. Andrew Guidry does not oppose the Motion (Doc. 19), the Court will set aside the Clerk's Default entered on February 4, 2022 (Doc. 15). *See* Fed. R. Civ. P. 55(c).

Accordingly, it is

**ORDERED:**

1. Defendant's Motion to Set Aside Default (Doc. 17) is **GRANTED**.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

2. The Clerk is **DIRECTED** to set aside the Clerk's Default (Doc. 15) entered on February 4, 2022.

3. Plaintiff's Supplement Application for Default Judgment (Doc. 12) is **DENIED as moot**.

4. Plaintiff's Motion for Clerk's Default Judgment (Doc. 16) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on April 1, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record